EDWIN F. WERRING et al., Appellants, *v.* CHARLES SELIG, as Executor of HENRY W. SCHIFF, Deceased, et al., Respondents, Impleaded with Others.

(Argued January 16, 1935; decided February 26, 1935.)

*Harris Jay Griston* and *George C. Baron* for appellants.
*Harris Berlack* and *Frank Aranow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.